# United States Bankruptcy Court
## District of South Carolina

IN RE:

Michelle Yvette Hodges
PO Box 95
Mauldin, SC  29662

CASE NO.: 19-05555-hb
CHAPTER 13

DEBTOR

**ORDER DISALLOWING EXEMPTIONS**

    This matter comes before the Court on the Trustee's Objection to Exemptions claimed on the Debtor's Schedule C.  It appears that the Debtor has claimed exemptions for which the Debtor is not entitled.  No response, return or objection has been filed with the Court by the Debtor or the Debtor's Attorney.  Therefore,

    IT IS ORDERED, that the exemptions to which the Trustee objected are hereby disallowed.