UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No: 19-05555/HB |
| ) | Chapter 13 |
| Michelle Yvette Hodges ) | |
| ) | |
| ) | |
| DEBTOR(S). ) | |
| _____) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rule 9010(b), Ally Servicing LLC servicer for Ally Financial, creditor and party in interest in the above-captioned case, appears herein by its counsel, Lawrence W. Johnson, Jr., Johnson Law Firm, P.A., and pursuant to Bankruptcy Rules 2002(a), (b), (f), and 3017(a), requests copies of all notices and pleadings filed and served in this case or in any proceeding therein. All such notices should be addressed as follows:

> Lawrence W. Johnson, Jr., Esquire
> Johnson Law Firm, P.A.
> Post Office Box 883
> Columbia, South Carolina 29202
> Telephone:   (803) 771-1500
> FAX:         (803) 771-0820

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. Section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also notices of any and all applications, complaints, demands, hearings, motions, orders, petitions, pleadings, or other requests, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, hand-delivery, facsimile, telephone, telegraph, telex, telecopy or otherwise filed with regard to the above case or any proceeding therein.

**JOHNSON LAW FIRM, P.A.**

By:  /S/ Lawrence W. Johnson, Jr.
Lawrence W. Johnson, Jr.
District Court ID 2200
P. O. Box 883
Columbia, South Carolina 29202
(803) 771-1500
Attorney for Ally Financial

Columbia, South Carolina

Dated: January 2, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No: 19-05555/HB |
| | ) | Chapter 13 |
| Michelle Yvette Hodges | ) | |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

   This is to certify that I, Sharal Bateman, of the Johnson Law Firm, P.A, am this day serving on the persons named below the Notice of Appearance and Request for Service of Notices and Papers on behalf of Ally Servicing LLC servicer for Ally Financial, in this matter by placing a copy of same this January 2, 2020, in the United States Mail, postage pre-paid, in envelope(s) addressed as follows:

Michelle Yvette Hodges
Pro Se Debtor
PO Box 95
Mauldin, SC 29662

Gretchen D. Holland (via ECF)
Chapter 13 Trustee
20 Roper Corners Circle, Suite C
Greenville, SC 29615

/s/ Sharal Bateman
Sharal Bateman

Columbia, South Carolina.

January 2, 2020