UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

FILED

In re:                                          )
                                                )        Case No. 19-05555-hb
                                                )
Michelle Yvette Hodges                          )        CHAPTER 13
                        Debtor                  )

2020 JAN -3 PM 5: 15

U S BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

## OBJECTION TO ALLY'S PROOF OF CLAIM

I, Michelle Hodges, the Debtor hereby object to the proof of claim submitted by Ally, as Ally

does not hold an allowable claim under 11 USC 502 that is not being objected to.

1. The Creditor's claim is unenforceable, as the sales contract was fraudulent, as it

    indicated that I was purchasing a new car.  When in fact I was purchasing a car that had

    been previously totaled by an insurance company.

2. In December of 2016 I purchased the KIA Forte from KIA of Greenville and in January

    of 2017, I lost my job and I happened to be near KIA of Greer and I went in to see what

    my options would be and I  received a report that my car had been totaled prior to my

    purchase.

3. I was devastated, I called KIA of Greenville and when I finally got in touch with the

    manager, he was not helpful at all and was in fact rude.  I called Ally to find out if they

    knew about this, they said no. I called the DMV, they stated they did not give out that

    information and suggested I call the lender.  I called Ally back and requested a copy of

    the title.

4. The title I received showed minimal information and nothing about any accidents.  I

    called my insurance company and they stated they did not know.  I called the insurance

    company that was listed on the report, they never would answer the phone.

5. I found the name of owner of KIA of Greenville online at the Better Business Bureau website and left a message for Mr. Bob Hogan and he called back and I explained to him my purchase of the car and that I had gone into KIA of Greer and received a report that that the car had been totaled.

6. I explained that the report showed no accidents and then on the last page, it shows totaled. He stated that he would have this checked out and we set up an appointment for 1/31/19, to meet at KIA of Greer. At the appointment, Mr. Hogan He was very nice and he advised me that the car definitely had not been totaled, as he had pulled another report

7. He stated, however, he did find out from the dealership that the car was in a minor accident and because the minor accident happened when the dealership had the car it would not show up on the report.

8. He further, stated that he would be willing to pay me for the minor accident since it was not disclosed to me, prior to purchase and further emphasized that the car definitely had not been totaled.

9. At the appointment he gave me a copy of the repair bill for the minor accident, a check for $3406.00 and stated that he would provide me with free oil changes and would provide me with a loaner car to drive, so that he could have the KIA thoroughly checked out and a new report that shows that there were no accidents to the car.

10. I questioned again the new report not showing any accidents, he stated that sometimes the information is not put into the system correctly and can cause a report with incorrect information.

11. I stated that the vin number was correct and he stated that he just could not explain why that printed that way and the new report shows that the car was not totaled and that he had given me a check for the minor accident and has apologized.

12. After I got home, I realized that I did not have the new report and I called him back and he stated no problem, they will have one ready for me when I pick up the car. I picked up my car and the report on 2/3/17.

13. When my Daughter decided that she no longer could pay for the Nissan, I decided that I would sell both cars and get a new one.

14. I took the Nissan to CarMax, where I purchased it and had it appraised and found out that the value of the Nissan was less than the loan, so I wouldn't get any money from the sale of the Nissan.

15. So, the next day I took the KIA for an appraisal and found out that not only was the value less than the loan, but I received a National report that showed that the KIA had in fact been totaled prior to my purchase.

16. This confirmed in my mind that Mr. Hogan and KIA of Greenville were in fact aware that the car had been totaled and this is why he made so many offers.

17. I have been devastated and have a couple of messages for Mr. Hogan, and called the insurance company showing on the report and

18. I lost money that I put into the car and punitive damages are in order.

ATTACHMENTS

a.    Copy of report I was given by Mr. Hogan, showing no accidents

b.  Copy of the National Report I received from CarMax.

c.  Copy of Minor Accident report.

Respectfully submitted,

Michelle Hodges, 12/31/19
Debtor
PO Box 95
Mauldin, SC  29662
864-714-5263

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: MICHELLE YVETTE HODGES | CASE NO: 19-0555-HB |
| (Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.) | CHAPTER:13 |
| DEBTOR(S) | NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING |
| Address: PO Box 95 | |
| Mauldin, SC  29662 | |
| Last four digits of Social-Security):    2040 | |

NOTICE OF HEARING FOR OBJECTION

TO ALLY'S PROOF OF CLAIM

Michelle Hodges has filed papers with the court to [relief sought for objection to creditor's claim

by Ally.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or you want the court to consider your views on the [motion] [objection], then within (21____) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:n/a

Attend the hearing scheduled to be heard on (March 5), (2020), at 10:30 a.m./p.m. at the United States Bankruptcy Court, {address}.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this [motion] [objection], except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| Date: 1/2/2020 | |
| --- | --- |
| | Signature of Attorney/*Pro Se* Debtor |
| | MICHELLE HODGES |
| | PO BOX 95, MAULIN, SC  29662<br>864-714-5263 |
| | District Court I.D. Number |
| | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: MICELLE YVETTE HODGES

CASE NO 19-05555-hb
CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that I served the following Creditors a copy of the Notice of Bankruptcy, Amended Bankruptcy Plan, Objection to Proof of Claim and a Notice of Hearing, via Certified mail.

ALLY FINANCIAL -
P.O. BOX 380901
BLOOMINGTON, MN 55438

Wells Fargo Bank  acct #0412780801
PO BOX 10335
DES MOINES, IA  50306

CASH AMERICA PAWN
1600 West 7th Street
Fortworth, TX  247-2559

Liberty Mutual Insurance
Billing Operations
100 Liberty Way
Dover, New Hampshire  03820

Guardian Protection Services
174 Thorn Hill Rd
Warrendale, PA  15086

HSN
1 HSN DR
St Petersburg, FL  33729

Greenville County Probate Court
301 University Ridge
Greenville, SC

Watkin Garrett Woods
1011 Augusta St
Greenville, SC  29605

LVNV FUNDING
Resurgent Capital
PO Box 10587
Greenville, SC  29603

_Michelle Hodges 1/2/2020_

MICHELLE HODGES
PO BOX 95
MAULDIN, SC  29662
864-714-5263
michellehodges938@gmail.com

December 31, 2019

J. Bratton Davis U.S. Bankruptcy Courthouse
United States Bankruptcy Court
South Carolina District
Attn:  Ms. Laura A. Austin
        Clerk of Court
1100 Laurel Street
Columbia, South Carolina 29201-2423

Dear:  Clerk of Court, Ms. Laura A. Austin,

Attached is is my Objection to the Ally proof of claim, along with a Notice of Hearing and
Certificate of Service and supporting documents as follows:

Copy of National Report, showing KIA was totaled
Copy of report from KIA of Greer, showing no accidents
Copy of minor accident, repair bill.

Respectfully submitted,

Michelle Hodges
Debtor

## NMVTIS Title History Reports

Report run date: 2019-08-27 18:17:33.632 EDT



---

# Vehicle Details

This section lists basic vehicle details encoded by the VIN.

| | | | |
|---|---|---|---|
| **Vin:** | KNAFX4A69G5443516 | **Style/Body:** | Sedan 4D |
| **Year:** | 2016 | **Class:** | Small Car – Economy |
| **Make:** | Kia | **Engine:** | 1.8L I4 MPI |
| **Model:** | Forte LX | **Country of Assembly:** | South Korea |

---

# Title Brands

A "Brand" defines the status of a vehicle, such as Theft, Flood or Rebuilt. A brand is carried with the title as the vehicle travels from state to state. There are over 250 brands recognized by NMVTIS that can be categorized by type.



| | |
|---|---|
| **Flood damage** | No Problem found |
| **Fire damage** | No Problem found |
| **Hail damage** | No Problem found |
| **Salt water damage** | No Problem found |
| **Vandalism** | No Problem found |
| **Kit** | No Problem found |
| **Dismantled** | No Problem found |
| **Junk** | No Problem found |
| **Rebuilt** | No Problem found |
| **Reconstructed** | No Problem found |

NMVTIS REPORT

| | |
|---|---|
| Salvage | No Problem found |
| Test Vehicle | No Problem found |
| Refurbished | No Problem found |
| Collision | No Problem found |
| Reserved | No Problem found |
| Salvage Retention | No Problem found |
| Prior Taxi | No Problem found |
| Prior Police | No Problem found |
| Original Taxi | No Problem found |
| Original Police | No Problem found |
| Remanufactured | No Problem found |
| Gray Market | No Problem found |
| Warranty Return | No Problem found |
| Antique | No Problem found |
| Classic | No Problem found |
| Agricultural Vehicle | No Problem found |
| Logging Vehicle | No Problem found |
| Street Rod | No Problem found |
| Vehicle Contains Reissued VIN | No Problem found |
| Replica | No Problem found |
| Totaled | No Problem found |
| Owner Retained | No Problem found |
| Bond Posted | No Problem found |
| Memorandum Copy | No Problem found |
| Parts Only | No Problem found |
| Recovered Theft | No Problem found |
| Undisclosed Lien | No Problem found |

NMVTIS REPORT

| | |
|---|---|
| **Prior Owner Retained** | No Problem found |
| **Vehicle Non-conformity Uncorrected** | No Problem found |
| **Vehicle Non-conformity Corrected** | No Problem found |
| **Vehicle Safety Defect Uncorrected** | No Problem found |
| **Vehicle Safety Defect Corrected** | No Problem found |
| **VIN replaced by a new state assigned VIN** | No Problem found |
| **Gray Market:Non-compliant** | No Problem found |
| **Gray Market:Compliant** | No Problem found |
| **Manufacturer Buy Back** | No Problem found |
| **Former Rental** | No Problem found |
| **Salvage-Stolen** | No Problem found |
| **Salvage--Reasons Other Than Damage or Stolen** | No Problem found |
| **Disclosed Damage** | No Problem found |
| **Prior Non-Repairable / Repaired** | No Problem found |
| **Crushed** | No Problem found |
| **Inoperable Vehicle** | No Problem found |
| **Hazardous Substance Contaminated Vehicle** | No Problem found |
| **Odometer: Actual** | No Problem found |
| **Odometer: Not Actual** | No Problem found |
| **Odometer: Tampering Verified** | No Problem found |
| **Exempt from Odometer Disclosure** | No Problem found |
| **Exceeds Mechanical Limits** | No Problem found |
| **Odometer may be Altered** | No Problem found |
| **Odometer Replaced** | No Problem found |
| **Reading at Time of Renewal** | No Problem found |
| **Odometer Discrepancy** | No Problem found |

Call Title Division                                                   ◉ No Problem found

Rectify Previous Exceeds Mechanical Limits Brand                      ◉ No Problem found

Pending Junk Automobile - CARS.gov                                    ◉ No Problem found

Junk Automobile - CARS.gov                                            ◉ No Problem found

## Title Records

This section lists title records.



| State | VIN | Issue Date | Odometer | Type |
|---|---|---|---|---|
| South Carolina | KNAFX4A69G5443516 | 12/21/2016 | 2,858 Miles | Current |

## State Contact Information

Please click on the state link below to request details



If you need more information please contact the State of South Carolina

## Junk/Salvage Records

This section list junk, salvage records.



| Reporting Occurrence | Reporting Entity | Date | Details |
|---|---|---|---|

No Junk or Salvage Records found for this vehicle.

## Insurance Records

This section list insurance records



| Reporting Occurrence | Reporting Entity Information | Date of Total Loss Declaration |
|---|---|---|

NMVTIS REPORT

1          AUTO-OWNERS INSURANCE COMPANY       05/18/2016
GREENVILLE, SC
Phone: 5173231200
Email: PAGE.THOMAS@AOINS.COM

# NMVTIS Consumer Access Product Disclaimer

The National Motor Vehicle Title Information System (NMVTIS) is an electronic system that contains information on certain automobiles titled in the United States. NMVTIS is intended to serve as a reliable source of title and brand history for automobiles, but it does not contain detailed information regarding a vehicle's repair history.

All states, insurance companies, and junk and salvage yards are required by federal law to regularly report information to NMVTIS. However, NMVTIS does not contain information on all motor vehicles in the United States because some states are not yet providing their vehicle data to the system. Currently, the data provided to NMVTIS by states is provided in a variety of time frames; while some states report and update NMVTIS data in "real-time" (as title transactions occur), other states send updates less frequently, such as once every 24 hours or within a period of days.

Information on previous, significant vehicle damage may not be included in the system if the vehicle was never determined by an insurance company (or other appropriate entity) to be a "total loss" or branded by a state titling agency. Conversely, an insurance carrier may be required to report a "total loss" even if the vehicle's titling-state has not determined the vehicle to be "salvage" or "junk."

A vehicle history report is NOT a substitute for an independent vehicle inspection. Before making a decision to purchase a vehicle, consumers are strongly encouraged to also obtain an independent vehicle inspection to ensure the vehicle does not have hidden damage. The Approved NMVTIS Data Providers (look for the NMVTIS logo) can include vehicle condition data from sources other than NMVTIS.

NMVTIS data INCLUDES (as available by those entities required to report to the System):

- Information from participating state motor vehicle titling agencies.
- Information on automobiles, buses, trucks, motorcycles, recreational vehicles, motor homes, and tractors. NMVTIS may not currently include commercial vehicles if those vehicles are not included in a state's primary database for title records (in some states, those vehicles are managed by a separate state agency), although these records may be added at a later time.
- Information on "brands" applied to vehicles provided by participating state motor vehicle titling agencies. Brand types and definitions vary by state, but may provide useful information about the condition or prior use of the vehicle.
- Most recent odometer reading in the state's title record.
- Information from insurance companies, and auto recyclers, including junk and salvage yards, that is required by law to be reported to the system, beginning March 31, 2009. This information will include if the vehicle was determined to be a "total loss" by an insurance carrier.
- Information from junk and salvage yards receiving a "cash for clunker" vehicle traded-in under the Consumer Assistance to Recycle and Save Act of 2009 (CARS) Program.

Consumers are advised to visit www.vehiclehistory.gov for details on how to interpret the information in the system and understand the meaning of various labels applied to vehicles by the participating state motor vehicle titling agencies.




Elite Dealer

**This report is brought to you by:**
KIA OF GREER
14345 E WADE HAMPTON BLVD
GREER, SC 29651
864.879.3800
www.kiaofgreer.com (http://www.kiaofgreer.com)

# Your AutoCheck Vehicle History Report

Report Run Date: February 2, 2017 9:29:52 AM EST

## 2016 Kia Forte LX

**VIN:** KNAFX4A69G5443516

**Year:** 2016

**Make:** Kia

**Model:** Forte LX

**Style/Body:** Sedan 4D

**Class:** Small Car - Economy

**Engine:** 1.8L I4 MPI

**Country of Assembly:** South Korea

**Vehicle Age:** 1 year(s)

**Calculated Owners:** 1


**ONE OWNER**
Calculated Owners: 1


**Accident Check**
Reported accidents: **0**


**State Title Brand and Other Problem Check**
Your vehicle checks out:


**Odometer Check**
Your vehicle checks out:
Last Reported Odometer Reading: 2,858


**Vehicle Use and Event Check**
Specific vehicle use(s) or events reported


**This vehicle's AutoCheck Score**


AutoCheck Score
SIMILAR VEHICLES SCORE
88 - 93
**92**

The AutoCheck Score is a summary of your vehicle's history. It lets you compare similar vehicles with ease.

**This vehicle is eligible for Buyback Protection**



Due to the vehicle's history showing no reported state title brands or other problems. About Buyback Protection

(https://www.autocheck.com/members/culdesac/whatIsThis.jsp)

## Accident Check
Not all accidents / issues are reported to AutoCheck.


**Your Vehicle Checks Out:** There have been no accidents reported to AutoCheck (http://www.autocheck.com/terms) for this 2016 Kia Forte LX (KNAFX4A69G5443516). AutoCheck receives its accident data from government sources and independent agencies, and based on the information available to us, we have found that no accidents have been reported on this vehicle.


**NO ACCIDENT**
FOUND ON RECORD

## State Title Brand and Other Problem Check

 **Your Vehicle Checks Out:** AutoCheck's database for this 2016 Kia Forte LX (KNAFX4A69G5443516) shows no negative titles or other problems. When reported to AutoCheck (http://www.autocheck.com/terms), these events can indicate serious past damage or other significant problems, and disqualifies the vehicle for AutoCheck Buyback Protection. Check the Vehicle Use and Event Check for reported accidents that can affect vehicle safety and value.

**0 Problem(s) Reported:**

**15 State Title and Other Problem areas checked:**

- No abandoned record
- No damaged or major damage incident record
- No fire damaged record
- No grey market record
- No hail damage record
- No insurance loss or probable total loss record
- No junk or scrapped record
- No manufacturer buyback or lemon record
- No odometer problem record
- No rebuilt or rebuildable record
- No salvage or salvage auction record
- No water damaged record
- No NHTSA crash test record
- No frame or structural damage record
- No recycling facility record

## Odometer Check

 **Your Vehicle Checks Out:** AutoCheck examined the reported odometer readings reported to AutoCheck (http://www.autocheck.com/terms) for this 2016 Kia Forte LX (KNAFX4A69G5443516) and no indication of an odometer rollback or tampering was found. AutoCheck uses business rules to determine if reported odometer readings are significantly less than previously reported values. Not all reported odometer readings are used. Title and auction events also report odometer tampering or breakage.

| 0 Problem(s) Reported: | Mileage | Date Reported |
|---|---|---|
| | 2,858 | 12/21/2016 |

## Vehicle Use and Event Check

 **Information Reported:** AutoCheck shows additional vehicle uses or events reported to AutoCheck (http://www.autocheck.com/terms) for this 2016 Kia Forte LX (KNAFX4A69G5443516). This includes reported vehicle uses such as rental or lease, and events such as whether the vehicle has been reported to have had a loan/lien or a duplicate title issued. Other events show if the vehicle has a reported accident and how many calculated accidents or if it has been reported stolen or repossessed. It is recommended to have pre-owned vehicles inspected by a third party prior to purchase.

| 0 Event(s) Reported: | 6 Vehicle uses checked: |
|---|---|
| 🔵 | No fleet, rental and/or lease use record |
| 🔵 | No taxi use record |
| 🔵 | No police use record |
| 🔵 | No government use record |
| 🔵 | No livery use record |
| 🔵 | No driver education record |

| 1 Event(s) Reported: | 9 Vehicle events checked: |
|---|---|
| 🔵 | No accident record reported through accident data sources |
| 🔵 | No corrected title record |
| 🔵 | No duplicate title record |
| 🔵 | No emission/safety inspection record |
| 🔵 | Loan/Lien record(s) |
| 🔵 | No fire damage incident record |
| 🔵 | No repossessed record |
| 🔵 | No theft record |
| 🔵 | No storm area registration/title record |

## Detailed Vehicle History

Below are the historical events for this vehicle listed in chronological order. Any discrepancies will be in bold text.

**Report Run Date** February 2, 2017 9:29:52 AM EST

**Vehicle:** 2016 Kia Forte LX (KNAFX4A69G5443516)



ONE OWNER

Calculated Owners: 1

| Event date | Location | Odometer reading | Data Source | Details |
|---|---|---|---|---|
| 12/21/2016 | SC | 2,858 | Motor Vehicle Dept. | ODOMETER READING FROM DMV REGISTRATION EVENT/RENEWAL |
| 01/06/2017 | MAULDIN, SC | | Motor Vehicle Dept. | TITLE (Title #:772060322793367) (Lien Reported) |

## This Vehicle's Glossary

Below are the specific definitions for events that appear in this vehicle's report.
More information is available in the full AutoCheck glossary. (https://www.autocheck.com/members/culdesac/freelink_glossary.jsp)

| Term | Section Location | Definition |
|---|---|---|
| | | |

# CALIBER COLLISION

**IMAGE - CALIBER - GREENVILLE**

RESTORING THE RHYTHM OF YOUR LIFE
1290 RIDGE ROAD, GREENVILLE, SC 29607
Phone: (864) 234-0551
FAX: (864) 297-6677

| | |
|---|---|
| Workfile ID: | b21762ab |
| Federal ID: | 47-2426581 |
| State EPA: | |

## Final Bill

**RO Number: 1613007689**

| Customer: | Insurance: | Adjuster: | Estimator: | Dawn Johnston |
|---|---|---|---|---|
| KIA OF GREENVILLE | CUSTOMER PAY | Phone: | Create Date: | 8/5/2016 |
| 2424 Laurens rd. | | Claim: | | |
| Greenville, SC 29607 | | Loss Date: | | |
| (864) 234-5389 | | Deductible: | | |

**2016 KIA FORTE LX 4D SED 4-1.8L-FI ABP BLACK METALLIC**

| | | | |
|---|---|---|---|
| VIN: KNAFX4A69G5443516 | Interior Color: GRAY | Mileage In: 2853 | Vehicle Out: 8/31/2016 |
| License: NONE | Exterior Color: ABP BLACK METALLIC | Mileage Out: | |
| State: SC | Production Date: 4/2015 | Condition: Good | Job #: |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E01 | | **FRONT BUMPER & GRILLE** | | | | | | |
| 2 | E01 | Repair | Bumper cover w/o prk sensor | | | | 3.5 | Body | 2.8 |
| 3 | E01 | | Add for Clear Coat | | | | | | 1.1 |
| 4 | E01 | Overhaul | O/H bumper assy | | | OEM | | | |
| 5 | E01 | Remove/Install | Emblem | | | | 1.8 | Body | |
| 6 | E01 | Remove/Install | RT Cover w/o fog lamps | | | | 0.0 | Body | |
| 7 | E01 | Remove/Install | LT Cover w/o fog lamps | | | | 0.0 | Body | |
| 8 | E01 | Refinish | Tow eye cap | | | | 0.0 | Body | 0.2 |
| 9 | E01 | | Add for Clear Coat | | | | | | |
| 10 | E01 | Remove/Replace | Upper grille | 1 | 141.67T | OEM | | | 0.1 |
| 11 | E01 | Remove/Replace | Lower grille | 1 | 57.13T | OEM | 0.0 | Body | |
| 12 | E01 | Remove/Replace | Lower deflector from 11/29/13 | 1 | 42.03T | OEM | 0.0 | Body | |
| 13 | E01 | | **FRONT LAMPS** | | | | 0.0 | Body | |
| 14 | E01 | Remove/Install | LT Headlamp assy | | | | | | |
| 15 | E01 | | **FENDER** | | | | 0.3 | Body | |
| 16 | E01 | Blend | LT Fender | | | | | | |
| 17 | E01 | Remove/Install | LT Fender liner | | | | | | 0.9 |
| 18 | E01 | Remove/Install | LT Mud guard | | | | 0.3 | Body | |
| 19 | E01 | | **ELECTRICAL** | | | | 0.4 | Body | |
| 20 | E01 | Remove/Install | Antenna w/o navigation, w/paint aurora black | | | | 0.6 | Body | |
| 21 | E01 | | **WINDSHIELD** | | | | | | |
| 22 | E01 | Repair | Windshield - ROPE / MASK FOR PAINT | | | | 0.3 | Body | |
| 23 | E01 | | **COWL** | | | | | | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

8/31/2016 6:12:39 PM

## RO Number: 1613007689

**2016 KIA FORTE LX 4D SED 4-1.8L-FI ABP BLACK METALLIC**

| Line | Code | Operation | Description | Qty | Price | Type | Labor | Refinish |
|---|---|---|---|---|---|---|---|---|
| 24 | E01 | Remove/Install | Cowl grille | | | | 0.6 Body | |
| 25 | E01 | | **ROOF** | | | | | |
| 26 | E01 | Remove/Install | LT Roof molding | | | | 0.4 Body | |
| 27 | E01 | Repair | Roof panel | | | | 2.0 Body | 3.0 |
| 28 | E01 | | Overlap Major Non-Adj. Panel | | | | | (0.2) |
| 29 | E01 | | Add for Clear Coat | | | | | 0.6 |
| 30 | E01 | Remove/Install | R&I headliner -- DROP RR SECTION | | | | 1.5 Body | |
| 31 | E01 | Remove/Install | RT Roof molding | | | | 0.4 Body | |
| 32 | E01 | | **PILLARS, ROCKER & FLOOR** | | | | | |
| 33 | E01 | Repair | LT Hinge pillar | | | | 2.0 Body | 1.5 |
| 34 | E01 | | Add for Clear Coat | | | | | 0.3 |
| 35 | E01 | Remove/Install | LT Fixed glass w/black trim | | | | 1.0 Body | |
| 36 | E01 | Remove/Install | LT W/S pillar trim | | | | 0.2 Body | |
| 37 | S01 | Blend | LT Rocker panel | | | | | 0.8 |
| 38 | S01 | Sublet | LT Fixed glass w/black trim | 1 | 50.00 | Glass | | |
| 39 | E01 | | **FRONT DOOR** | | | | | |
| 40 | E01 | Repair | LT Door shell | | | | 8.0 Body | 2.0 |
| 41 | E01 | | Overlap Major Adj. Panel | | | | | (0.4) |
| 42 | E01 | | Add for Clear Coat | | | | | 0.3 |
| 43 | E01 | Remove/Install | LT Door w'strip | | | | 0.5 Body | |
| 44 | E01 | Remove/Install | LT R&I door assy | | | | 1.1 Body | |
| 45 | E01 | Remove/Install | LT Belt molding black | | | | 0.2 Body | |
| 46 | E01 | Remove/Install | LT Mirror assy w/o power folding, w/o signal lamp | | | | 0.3 Body | |
| 47 | E01 | Remove/Install | LT Regulator module | | | | 1.1 Body | |
| 48 | E01 | Remove/Install | LT Door glass Kia w/o anti-theft | | | | 0.0 Body | |
| 49 | E01 | Remove/Install | LT Handle, outside w/o chrome from 11/27/13 | | | | 0.5 Body | |
| 50 | E01 | Remove/Install | LT R&I trim panel | | | | 0.5 Body | |
| 51 | E01 | | **REAR DOOR** | | | | | |
| 52 | E01 | Repair | LT Door shell | | | | 5.0 Body | 2.1 |
| 53 | E01 | | Overlap Major Adj. Panel | | | | | (0.4) |
| 54 | E01 | | Add for Clear Coat | | | | | 0.3 |
| 55 | E01 | Remove/Install | LT Door w'strip | | | | 0.5 Body | |
| 56 | E01 | Remove/Install | LT Belt molding black | | | | 0.0 Body | |
| 57 | E01 | Remove/Install | LT Regulator module | | | | 1.3 Body | |
| 58 | E01 | Remove/Install | LT Moveable glass Kia | | | | 0.8 Body | |
| 59 | E01 | Remove/Install | LT Fixed glass Kia | | | | 0.3 Body | |
| 60 | E01 | Remove/Install | LT Handle, outside w/o chrome from 11/27/13 | | | | 0.5 Body | |
| 61 | E01 | Remove/Install | LT R&I trim panel | | | | 0.5 Body | |
| 62 | E01 | | **BACK GLASS** | | | | | |
| 63 | E01 | Repair | Back glass - ROPE / MASK FOR PAINT | | | | 0.3 Body | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

8/31/2016 6:12:39 PM