UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re: ) Case No. 19-05555-hb
)
Michelle Yvette Hodges ) CHAPTER 13
Debtor )

FILED 2020 JAN -3 PM 5:15
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

## OBJECTION TO LVNV'S PROOF OF CLAIM

I, Michelle Hodges, the Debtor hereby object to the proof of claim submitted by LVNV, as LVNV does not hold an allowable claim under 11 USC 502 that is not being objected to.

1. The Creditor's claim is not allowed due to the statute of limitations 15-3-600. The debt was Charged off in 2008.

2. Please see the attached, the Notice of Hearing and Certificate of Service.

Respectfully submitted,

_Michelle Hodges_ (signature)

Michelle Hodges, 12/31/19
Debtor
PO Box 95
Mauldin, SC  29662
864-714-5263

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: MICHELLE YVETTE HODGES | CASE NO: 19-0555-HB |
| (Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.) | CHAPTER:13 |
| DEBTOR(S) | NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING |
| Address: PO Box 95 | |
| Mauldin, SC  29662 | |
| Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any):   2040 | |

*Hearing for*

NOTICE OF [OBJECTION TO] LVNV

Michelle Hodges has filed papers with the court to [relief sought for objection to creditor's claim by lvnv.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or you want the court to consider your views on the [motion] [objection], then within (21____) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:n/a

Attend the hearing scheduled to be heard on (March 5), (2020), at 10:30 a.m./p.m. at the United States Bankruptcy Court, {address}.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this [motion] [objection], except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| Date: 1/2/2020 | *[signature]* |
|---|---|
| | Signature of Attorney/*Pro Se* Debtor |
| | MICHELLE HODGES |
| | PO BOX 95, MAULIN, SC  29662<br>864-714-5263 |
| | District Court I.D. Number |
| | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: MICELLE YVETTE HODGES

CASE NO 19-05555-hb
CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that I served the following Creditors a copy of the Notice of Bankruptcy, Amended Bankruptcy Plan, Objection to Proof of Claim and a Notice of Hearing, via Certified mail.

ALLY FINANCIAL -
P.O. BOX 380901
BLOOMINGTON, MN 55438

Wells Fargo Bank  acct #0412780801
PO BOX 10335
DES MOINES, IA  50306

CASH AMERICA PAWN
1600 West 7th Street
Fortworth, TX  247-2559

Liberty Mutual Insurance
Billing Operations
100 Liberty Way
Dover, New Hampshire  03820

Guardian Protection Services
174 Thorn Hill Rd
Warrendale, PA  15086

HSN
1 HSN DR
St Petersburg, FL  33729

Greenville County Probate Court
301 University Ridge
Greenville, SC

Watkin Garrett Woods
1011 Augusta St
Greenville, SC  29605

LVNV FUNDING
Resurgent Capital
PO Box 10587
Greenville, SC  29603

_Michelle Hodges_  1/2/2020