UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:
Michelle Yvette Hodges

CHAPTER 13
CASE No. 19-05555-hb

**AMENDED LIST OF CREDITORS**

RECEIVED
U.S. Bankruptcy Court
Spartanburg

JAN 03 2020

5:15
_____
Time

CASH AMERICA PAWN
1600 West 7th Street
Fortworth, TX   247-2559  76/02

Liberty Mutual Insurance
Billing Operations
100 Liberty Way
Dover, New Hampshire  03820

Guardian Protection Services
174 Thorn Hill Rd
Warrendale, PA  15086

HSN
1 HSN DR
St Petersburg, FL  33729

Greenville County Probate Court
301 University Ridge
Greenville, SC   29601

Watkin Garrett Woods
1011 Augusta St
Greenville, SC  29605

*Michelle Hodges 1/2/2020*