**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–05555–hb                                      Chapter: 13

**In re:**

Michelle Yvette Hodges

| | Filed By The Court |
|---|---|
| **DEFICIENCY NOTICE** | **1/9/20**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |

To: Michelle Yvette Hodges – Pro Se Debtor

You have submitted to the Court for filing a document, Objection to Claim, which was received on 01/03/2020. The Objection to Claim is deficient for the following reason(s):

☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐ No signature (written or conformed (shown by "/s/ John Doe")).

☐ Electronic event and image do not match. Explanation:

☐ Improper or no linkage of document. Explanation:

☐ No B121 Form (Your Statement About Your Social Security Number).

☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4. Explanation:

☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐ Filing not in accordance with official forms.

☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑ Other: **Hearing Notice does not include hearing location (201 Magnolia Street Spartanburg, SC 29306)**

Please cure the deficiency by **January 21, 2020**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

　　　　　　　　　　　　　　　　　　　　　　　Laura A. Austin
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　By:  B McAbee, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　1100 Laurel Street
　　　　　　　　　　　　　　　　　　　　　　　Columbia, SC 29201–2423
　　　　　　　　　　　　　　　　　　　　　　　(803) 765–5436

```
                    United States Bankruptcy Court
                       District of South Carolina
```

In re:                                                          Case No. 19-05555-hb
Michelle Yvette Hodges                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-7        User: admin              Page 1 of 1           Date Rcvd: Jan 09, 2020
                            Form ID: 320jwBNC       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: michellehodges938@gmail.com Jan 09 2020 23:16:11     Michelle Yvette Hodges,
                 PO Box 95,    Mauldin, SC 29662-0095
                                                                                               TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
              Gretchen D. Holland    ecf@upstate13.com, gdh@upstate13.com;pacer@upstate13.com
              Lawrence Wilbur Johnson, Jr.    on behalf of Creditor    Ally Financial, serviced by Ally Servicing LLC 2jlfpa@bellsouth.net
              Robert P Davis    on behalf of Creditor    Wells Fargo Bank, N.A. robert.davis@rtt-law.com, ecfnotices@rtt-law.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                               TOTAL: 4